# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| SOLYMAN JUSTICE MURRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-102 |
| | ) | |
| KNOX COUNTY, TENNESSEE, a governmental entity; SHERIFF TOM SPANGLER, individually and in his capacity as Sheriff of Knox County, Tennessee; and OFFICER JEREMY MONTGOMERY, individually and in his capacity as an officer of the Knox County Sheriff's Office, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING CORRECTION OF EXHIBIT A
## TO NOTICE OF REMOVAL [DOC. 1]

Come now the Defendants, by and through counsel, and file this Notice of Correction of Exhibit A to the Notice of Removal filed March 17, 2022. [Doc. 1-1]. It was subsequently discovered that Exhibit A to the Notice of Removal was missing a page. A correct and complete copy of the state-court Complaint is attached hereto as Exhibit A.

Respectfully submitted this 30th day of March, 2022.

                                               /s/ *David S. Wigler*
                                               DAVID S. WIGLER (BPR # 014525)
                                               Deputy Knox County Law Director
                                               Suite 612 City County Building
                                               400 Main Street
                                               Knoxville, TN 37902
                                               (865) 215-2327
                                               David.wigler@knoxcounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ *David S. Wigler*
DAVID S. WIGLER